# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MURPHY J, PAINTER, SR.

VERSUS

DUSTIN CLOUATRE, HUGHES
INSURANCE SERVICES, LLC,
PELICAN POST NEWS, L.L.C.,
WADE PETITE, RICKY BABIN,
ABC INSURANCE COMPANY, CLINT
COINTMENT

NO. 2024 CW 0157

**JUNE 4, 2024**

---

In Re:  Dustin Clouatre, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 129894.

---

**BEFORE:  GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

> JMG
> WRC
> WIL

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT